IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98CR7 - 10

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>JERMAINE LITTLEJOHN (10) )<br> ) | **ORDER** |

    THIS MATTER IS BEFORE THE COURT on the Government's Motion for Reconsideration of Order Granting Sentence Reduction [doc. 506] as to defendant Jermaine Littlejohn. On November 19, 2008, this Court entered an Order for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). Bureau of Prison records indicate that this defendant was released on November 26, 2008, the same day as the filing of the Government's Motion. Since the defendant has already been released, the Motion is denied as moot.

    Signed: December 3, 2008

Graham C. Mullen
United States District Judge